UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN GOODMAN, and his wife, SILVIA GOODMAN | CIVIL ACTION NO.: 06-3799 |
| | SECTION "K" (4) |
| VERSUS | |
| | JUDGE: HON. STANWOOD R. DUVAL, JR. |
| FIDELITY NATIONAL INSURANCE COMPANY, ROBERT SHEARD INSURANCE AGENCY, INC., ROBERT SHEARD and ABC INSURANCE COMPANY | MAG.: HON. KAREN WELLS ROBY |

**PLAINTIFFS' SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

The petition of SEAN GOODMAN, and his wife, SILVIA GOODMAN, both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, with respect represents:

I.

On July 19, 2006, Plaintiffs filed a Complaint for Damages against the following defendants:

a) FIDELITY NATIONAL INSURANCE COMPANY, as a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968

for Plaintiffs' residence located at 11420 South Easterlyn Court, New Orleans, Louisiana 70128;

b) ROBERT SHEARD, as insurance agent representing Fidelity National Insurance Company who procured homeowners' and flood insurance for Plaintiffs' residence;

c) ROBERT SHEARD INSURANCE AGENCY, INC., who at all times relevant herein operated as an insurance agency representing Fidelity National Insurance Company and authorized to sell policies underwritten and/or provided by Fidelity National Insurance Company; and,

d) ABC INSURANCE COMPANY, as the errors and omissions carrier for defendants, ROBERT SHEARD and ROBERT SHEARD INSURANCE AGENCY, INC.

II.

Plaintiffs desire to amend their original Complaint for Damages to amend the following paragraphs:

"VI.

Previously made defendant was ABC INSURANCE COMPANY, as the Errors and Omissions carrier for Defendants, ROBERT SHEARD and ROBERT SHEARD INSURANCE AGENCY, INC. Plaintiffs desire to supplement and amend said allegation by substituting LEXINGTON INSURANCE COMPANY in place of ABC INSURANCE COMPANY throughout the entire Complaint for Damages. Accordingly, made defendant herein is LEXINGTON INSURANCE COMPANY, as professional liability insurer for Defendants, ROBERT SHEARD and

ROBERT SHEARD INSURANCE AGENCY, INC., and at all material times mentioned herein was the professional liability insurer for Defendants, ROBERT SHEARD and ROBERT SHEARD INSURANCE AGENCY, INC."

III.

Additionally, Plaintiffs desire to supplement and amend their original Complaint for Damages to include the following paragraphs:

"XXIII.

Made Defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION (hereinafter referred to as "LA CITIZENS"), a domestic insurance corporation authorized and presently doing business in the Parish of Orleans, State of Louisiana and at all material times was the homeowners' insurance carrier for Plaintiffs' residence located at 11420 South Easterlyn Court, New Orleans, Louisiana 70128. Further, said insurance policy provides coverage for dwelling/structure and other structures, personal property (contents), and loss of use (additional living expenses).

XXIV.

In addition to damages from wind-driven rain, LA CITIZENS is liable for any and all damages from flooding and/or rising water arising from the levee breaches, as per *In Re Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182 (K)(2) in the United District Court for the Eastern District of Louisiana. Said damages include but are not limited to dwelling/structure, other structures, personal property (contents), and loss of use (additional living

expenses).

XXV.

Accordingly, LA CITIZENS' exclusion for flood damages is not applicable to the rising water and/or flood damages arising from the levee breaches.

XXVI.

Further, as per the valued policy law pursuant to LSA R. S. 22:695, a homeowners' insurer is required to include the water-damaged and flood exclusion in the insurance application as well as the insurance policy.

XXVII.

Based upon information and belief, LA CITIZENS failed to include the water-damaged and flood exclusion in the insurance application for plaintiffs. Therefore, the flood exclusion appearing in the LA CITIZENS' insurance policy is null and void and has no legal effect whatsoever.

XXVIII.

Further, Louisiana Insurance Code requires the method of calculation a loss for any amount less than the full value of the policy to be property referenced in both the application and policy.

XXIX.

Therefore, LA CITIZENS is liable for any and all damages arising from flood and/or rising water.

XXX.

Based on the conduct and action of Defendant insurer LA CITIZENS, Plaintiffs have the

following causes of action against Defendant:

    a)    failure to remit payment under La. R.S. 22:658;

    b)    breach of duty under La. R.S. 22:1220;

    c)    breach of insurance contract; and,

    d)    other causes of action that will be determined at trial.

## XXXI.

Plaintiffs are entitled to the following elements of damages for the previously stated causes of action:

    1)    reimbursement for property damages;

    2)    loss os use- fair rental value and/or additional living expenses;

    3)    contents;

    4)    penalties under La. R.S. 22:658 and 22:1220;

    5)    double damages pursuant to LSA-R.S. 22:1220;

    6)    50% penalties for failure to submit payment within thirty (30) days from proof of claim;

    7)    attorney's fees;

    8)    court costs; and

    9)    any relief which this Honorable Court deems fair and equitable."

## IV.

Plaintiffs renew and reiterate all of the allegations against all Defendants herein(as amended

and supplemented herein), and all of the prayers, of Plaintiff's original petition.

WHEREFORE, Plaintiffs, SEAN GOODMAN, and his wife, SILVIA GOODMAN, pray for trial by jury and pray that Defendants, LEXINGTON INSURANCE COMPANY and LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION be served with a copy of this Supplemental and Amending Petition for Damages together with the original Petition for Damages, and cited to appear and answer same, and that after due proceedings had, there be judgment herein in favor of Plaintiffs and against all Defendants, in solido, in an amount to be determined by this Honorable Court, together with special damages, court costs, attorney's fees and for all general and equitable relief.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*
_____
**J. DOUGLAS SUNSERI (#19173)**
**DAWN DANNA MARULLO (#28011)**
**SVETLANA "LANA" CROUCH (#29814)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiffs,
SEAN GOODMAN and SILVIA GOODMAN

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ J. Douglas Sunseri*
_____
J. DOUGLAS SUNSERI